**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6111**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

ELEAZAR CORTES GUERRERO, a/k/a Cat,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:11-cr-00208-FL-1)

_____

Submitted: May 21, 2015               Decided: May 26, 2015

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eleazar Cortes Guerrero, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, William Glenn Perry, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eleazar Cortes Guerrero appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We review the district court's decision for an abuse of discretion. United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010). We do not find any abuse of discretion as the record justifies the district court's decision not to reduce Guerrero's sentence, as it properly considered Guerrero's post-sentencing conduct pursuant to U.S. Sentencing Guidelines Manual § 1B.10, cmt. n. 1(B)(iii) (2014).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED